NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DARIUS BOYD,                              )
                                          )
          Appellant,                      )
                                          )
v.                                        )          Case No. 2D18-920
                                          )
STATE OF FLORIDA,                         )
                                          )
          Appellee.                       )
_____ )

Opinion filed September 12, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Nancy Moate Ley,
Judge.

Darius Boyd, pro se.


PER CURIAM.

          Affirmed.


CRENSHAW, MORRIS, and SLEET, JJ., Concur.